Marc S. Friedman
John Carlson
SILLS CUMMIS EPSTEIN & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07042
Phone: (973) 643-7000
Facsimile: (973) 643-6500

Attorneys for Plaintiffs
ArrivalStar S.A. and Melvino Technologies Limited

Matthew G. McAndrews
Frederick C. Laney
Robert A. Conley
Pro hac vice applications to be submitted
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
Facsimile: (312) 236-3137

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARRIVALSTAR S.A. and<br>MELVINO TECHNOLOGIES LIMITED,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>ACSIS, INC.,<br><br>　　　　　　　Defendant. | CASE NO. _____<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Fed.R.Civ.P. 7.1(a), plaintiffs, ArrivalStar S.A. ("ArrivalStar"), and Melvino Technologies Limited ("Melvino"), state that neither party has a parent corporation and that no publicly held company owns 10% or more of the stock of ArrivalStar or Melvino.

Dated: July 21, 2006

　　　　　　　　　　　　　　　　SILLS CUMMIS EPSTEIN & GROSS P.C.
　　　　　　　　　　　　　　　　One Riverfront Plaza
　　　　　　　　　　　　　　　　Newark, New Jersey 07102-5400
　　　　　　　　　　　　　　　　(973) 643-7000

　　　　　　　　　　　　　　　　By: _/s/ Marc S. Friedman_
　　　　　　　　　　　　　　　　　　Marc S. Friedman
　　　　　　　　　　　　　　　　　　John Carlson

　　　　　　　　　　　　　　　　　　　-and-

Matthew G. McAndrews
Frederick C. Laney
Robert A. Conley
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Ste. 4600
Chicago, IL 60602
Ph: (312) 236-0733
Fax: (312) 236-3137

Attorneys for Plaintiffs
ARRIVALSTAR S.A. and MELVINO
TECHNOLOGIES, LIMITED