Marc S. Friedman
John Carlson
SILLS CUMMIS EPSTEIN & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07042
Phone: (973) 643-7000
Facsimile: (973) 643-6500

Attorneys for Plaintiffs
ArrivalStar S.A. and Melvino Technologies Limited

Of Counsel
Matthew G. McAndrews
Frederick C. Laney
Robert A. Conley
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
Facsimile (312) 236-3137

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED,<br><br>    Plaintiffs,<br><br>v.<br><br>ACSIS, INC.,<br><br>    Defendant. | CASE NO. 1:06-cv-3439-JBS-JBR |

### PLAINTIFFS' RULE 41(a)(1) NOTICE OF VOLUNTARY DISMISSAL
### OF COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs Arrival Star S.A. and Melvino Technologies Limited (collectively "Plaintiffs"), pursuant to Rule 41(a)(1) hereby serve notice of their voluntary dismissal, with prejudice, of all claims in their complaint of patent infringement against Defendant Acsis, Inc. ("Defendant"). Plaintiffs and Defendant have settled this action. Plaintiffs' Notice of Dismissal is proper under Rule 41(a)(1) as Defendant has not yet filed an answer or motion for summary judgment.

Dated: August 31, 2006          By: *Marc S. Friedman* by jc
                                    Marc S. Friedman
                                    John Carlson
                                    SILLS CUMMIS EPSTEIN & GROSS P.C.
                                    One Riverfront Plaza
                                    Newark, New Jersey 07042
                                    Phone: (973) 643-7000
                                    Facsimile: (973) 643-6500

                                    <u>Of Counsel</u>
                                    Matthew G. McAndrews
                                    Frederick C. Laney
                                    Robert A. Conley
                                    NIRO, SCAVONE, HALLER & NIRO
                                    181 W. Madison Street, Suite 4600
                                    Chicago, IL 60602
                                    Phone: (312) 236-0733
                                    Facsimile: (312) 236-3137

                                    *Attorneys for Plaintiffs*